**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **PATRICIA RUTH ERICKSON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **No. 10 CV 965** |
| **v.** ) | |
| ) | **Hon. Ronald A. Guzman** |
| **DEUTSCHE BANK SECURITIES INC.,** ) | |
| ) | |
| **Defendant.** ) | |

**NOTICE OF MOTION**

To:   Nicholas De Baun                                Jonathan Lotsoff
       Cliff Fonstein                                       Sidley Austin LLP
       Sidley Austin LLP                                One South Dearborn Street
       787 Seventh Avenue                           Chicago, Illinois  60603
       New York, New York  10019             Email: jlotsoff@sidley.com
       Email: ndebaun@sidley.com
                  cfonstein@sidley.com

**PLEASE TAKE NOTICE** that on October 26, 2010 at 9:30 a.m., we shall appear before the Honorable Judge Ronald Guzman or any other judge sitting in his stead, in Courtroom 1219, of the Everett McKinley Dirksen United States Courthouse, Chicago, Illinois, and shall then and there present **Plaintiff's Motion to Compel** which was filed on October 19, 2010.

Respectfully submitted,

**Dated**: October 19, 2010                              **PATRICIA ERICKSON**

/s/ Ruth I. Major

One of Her Attorneys

Ruth I. Major (ARDC No. 6205049)
Laura M. Rawski (ARDC No. 6300636)
The Law Offices of Ruth I. Major, PC
225 West Washington Street, Suite 2200
Chicago, IL 60606
Tel: (312) 893-7544
Fax: (312) 698-9867
rmajor@major-law.com
lrawski@major-law.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **PATRICIA RUTH ERICKSON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **No. 10 CV 965** |
| **v.** ) | |
| ) | **Hon. Ronald A. Guzman** |
| **DEUTSCHE BANK SECURITIES INC.,** ) | |
| ) | |
| **Defendant.** ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2010, I electronically filed the foregoing **Plaintiff's Motion to Compel** and **Notice of Motion** with the Clerk of Court using the CM/ECF system which will send notification of said filing to all parties listed below:

To:  Nicholas De Baun  
      Cliff Fonstein  
      Sidley Austin LLP  
      787 Seventh Avenue  
      New York, New York   10019  
      Email:  ndebaun@sidley.com  
              cfonstein@sidley.com

Jonathan Lotsoff  
Sidley Austin LLP  
One South Dearborn Street  
Chicago, Illinois   60603  
Email:  jlotsoff@sidley.com

Respectfully submitted,

**Dated**:  October 19, 2010

**PATRICIA ERICKSON**

/s/ Ruth I. Major
_____
One of Her Attorneys

Ruth I. Major (ARDC No. 6205049)  
Laura M. Rawski (ARDC No. 6300636)  
The Law Offices of Ruth I. Major, PC  
225 West Washington Street, Suite 2200  
Chicago, IL 60606  
Tel: (312) 893-7544  
Fax: (312) 698-9867  
rmajor@major-law.com  
lrawski@major-law.com