IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PATRICIA RUTH ERICKSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DEUTSCHE BANK SECURITIES INC., )<br>)<br>Defendant. ) | No. 10 CV 965<br><br>Hon. Ronald A. Guzman |

### DECLARATION OF RUTH I. MAJOR

Ruth I. Major, being first duly sworn on oath, deposes and states under penalty of perjury the following:

1. I am an attorney and the principal of The Law Offices of Ruth I. Major (hereinafter "Major Law"), as well as counsel to Plaintiff Ms. Patricia Ruth Erickson in the above-captioned action. I submit this declaration in support of Plaintiff's Motion to Quash, filed on October 20, 2010.

2. At no time in any conversation with Mr. Nicholas De Baun did I ever state or represent to Mr. De Baun that responsive documents were in the possession of Ms. Erickson's former legal representation, Henderson & Lyman. Indeed, Mr. De Baun offers no documentation to support his claim that such a representation was made.

3. During the course of proceedings with Mr. De Baun, I did notify Mr. De Baun that there were files in the possession of Ms. Erickson's former attorney, Henderson and Lyman, and that if needed to respond to Defendant's discovery requests, I would take action to obtain the files, including if necessary, filing a motion with the Circuit Court of Cook County. I volunteered

this information to Mr. De Baun in good faith, with the intent to keep him fully apprised of the matter in case it became an issue.

4. To this point, we have not determined that there is anything responsive to Defendant's discovery requests in the possession of Ms. Erickson's former attorney, consistent with the discovery responses served upon Defendant and consistent with all representations I have made to Defendant's counsel. Further, Mr. De Baun has failed to identify a single document which he believes is responsive to Defendant's document requests which has not been produced and is in the possession of Henderson & Lyman.

5. I have never represented that I filed an action to recover the file from Henderson & Lyman because no such action has ever been filed on Ms. Erickson's behalf. Ms. Erickson to date has not filed any action against Henderson & Lyman. Mr. De Baun further fails to reconcile why I would volunteer information regarding the dispute with Henderson & Lyman, a dispute he was not otherwise aware of, and then misrepresent the status of the issue.

6. Henderson & Lyman has filed an action against Ms. Erickson regarding a fee dispute. Henderson & Lyman filed a suit for alleged unpaid attorney fees, when in actuality, Henderson & Lyman charged Ms. Erickson in excess of $300,000 for handling this matter <u>prior</u> to litigation. Thus far, the complaint filed by Henderson & Lyman has been dismissed from the Circuit Court of Cook County twice, with a third motion to dismiss pending before the court. Prior to Henderson and Lyman filing its lawsuit, Ms. Erickson had already paid in excess of $200,000 for pre-litigation attorney fees.

7. I am not suffering any impediments and am competent to testify to all of the foregoing.

I swear under the penalties of perjury that the statements contained herein are true and correct.

FURTHER AFFIANT SAYETH NOT

DATE          October 25, 2010                                   _____
                                                                 Ruth I. Major