**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| PATRICIA RUTH ERICKSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 10 CV 0965 |
| v. ) | |
| ) | |
| DEUTSCHE BANK SECURITIES, INC., ) | Judge Ronald A. Guzman |
| ) | |
| Defendant. ) | |

**MOTION FOR ENTRY OF AGREED PROTECTIVE ORDER**

NOW COMES Defendant, Deutsche Bank Securities Inc. ("DBSI"), by and through its attorneys, Sidley Austin LLP, pursuant to Rule 26(c), and with the agreement of Plaintiff Patricia Erickson ("Plaintiff"), moves the Court for the entry of an Agreed Protective Order. In support of this motion, the parties state as follows:

1. The parties intend to exchange and have already exchanged documents pursuant to Fed. R. Civ. P. 26, 33, and 34. Some of these documents deal with confidential and proprietary information and records pertaining to Defendant's employees (other than Plaintiff), Defendant's practices and procedures, and information relating to Defendant's operations and services, including but not limited to, client information, and financial information.

2. For the reasons explained more fully in the proposed Agreed Protective Order, which will be submitted via electronic mail in accordance with the Court's standing order, the aforementioned types of documents are deemed confidential. Not only is access to the aforementioned documents highly restricted, but the documents contain personal and/or proprietary information inappropriate for random distribution, including information regarding

compensation of DBSI's employees other than Plaintiff. Thus, the parties, through their proposed Agreed Protective Order, wish to take steps to limit the distribution and use of this information.

3. As a result, the parties have executed the proposed Agreed Protective Order governing the disclosure of confidential information, which includes the requested discovery information. The proposed Agreed Protective Order permits the parties' counsel to review and use the confidential information with their clients and certain non-party witnesses, so long as those individuals agree to maintain the confidentiality of the documents consistent with the Agreed Amended Protective Order.

WHEREFORE, the parties respectfully request that the Court grant this motion and enter the Agreed Protective Order.

**DATED: October 27, 2010**    Respectfully submitted,

DEUTSCHE BANK SECURITIES INC.


By  s/Nicholas H. De Baun
        One of Its Attorneys

Nicholas H. De Baun (ndebaun@sidley.com)
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York 10019
(212) 839-5300

## **CERTIFICATE OF SERVICE**

I, Nicholas H. De Baun, an attorney, do hereby certify that I have caused a true and correct copy of the foregoing MOTION FOR ENTRY OF AGREED PROTECTIVE ORDER to be served upon the following, via ECF notification on this 27th day of October, 2010:

> Ruth Irene Major
> Laura Rawski
> The Law Offices of Ruth L. Major, PC
> 225 W. Washington St., Suite 2200
> Chicago, IL 60606

s/ David J. Rowland

NY1 7437106v.1