# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| **PATRICIA RUTH ERICKSON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **No. 10 CV 965** |
| **v.** ) | |
| ) | **Hon. Ronald A. Guzman** |
| **DEUTSCHE BANK SECURITIES INC.,** ) | |
| ) | |
| **Defendant.** ) | |

## NOTICE OF FILING

To:    Nicholas De Baun            Jonathan Lotsoff
        Cliff Fonstein                 Sidley Austin LLP
        Eric Hoffman                One South Dearborn Street
        Sidley Austin LLP            Chicago, Illinois 60603
        787 Seventh Avenue         Email: jlotsoff@sidley.com
        New York, New York 10019
        Email: ndebaun@sidley.com
        Email: cfonstein@sidley.com
        Email: eghoffman@sidley.com

     **PLEASE TAKE NOTICE** that on December 8, 2010, we filed with the Clerk of the Court for The Northern District of Illinois, Eastern Division, **Plaintiff's Reply in Support of Her Motion for Extension of Time to Complete Discovery**, a copy of which is attached hereto and served upon you.

                                                                      Respectfully submitted,

**Dated: December 8, 2010**                          **PATRICIA ERICKSON**

                                                                   /s/ Ruth I. Major

                                                                   One of Her Attorneys

Ruth I. Major (ARDC No. 6205049)
Laura M. Rawski (ARDC No. 6300636)
The Law Offices of Ruth I. Major, PC
225 West Washington Street, Suite 2200
Chicago, IL 60606
Tel: (312) 893-7544
Fax: (312) 698-9867
rmajor@major-law.com
lrawski@major-law.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **PATRICIA RUTH ERICKSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 10 CV 965** |
| v. | ) | |
| | ) | **Hon. Ronald A. Guzman** |
| **DEUTSCHE BANK SECURITIES INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 8, 2010, I electronically filed the foregoing **Plaintiff's Reply in Support of Her Motion for Extension of Time to Complete Discovery** and **Notice of Filing** with the Clerk of Court using the CM/ECF system which will send notification of said filing to all parties listed below:

| | |
|---|---|
| Nicholas De Baun | Jonathan Lotsoff |
| Cliff Fonstein | Sidley Austin LLP |
| Eric Hoffman | One South Dearborn Street |
| Sidley Austin LLP | Chicago, Illinois 60603 |
| 787 Seventh Avenue | Email: jlotsoff@sidley.com |
| New York, New York 10019 | |
| Email: ndebaun@sidley.com | |
| Email: cfonstein@sidley.com | |
| Email: eghoffman@sidley.com | |

                                                    Respectfully submitted,

**Dated**: December 8, 2010                **PATRICIA ERICKSON**

                                                    /s/ Ruth I. Major

                                                    One of Her Attorneys

Ruth I. Major (ARDC No. 6205049)
Laura M. Rawski (ARDC No. 6300636)
The Law Offices of Ruth I. Major, PC
225 West Washington Street, Suite 2200
Chicago, IL 60606
Tel: (312) 893-7544
Fax: (312) 698-9867
rmajor@major-law.com
lrawski@major-law.com